Exhibit C

# Manes, Jonathan

| | |
|---|---|
| **From:** | FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV> |
| **Sent:** | Friday, September 14, 2018 7:11 AM |
| **To:** | Manes, Jonathan |
| **Subject:** | RE: FOIPA to FBI |

Dear Mr. Manes,

You're welcome.  I received the complete fax and have forwarded it for opening.

Respectfully,


**Public Information Officer**
Record/Information Dissemination Section (RIDS) FBI-Information Management Division
170 Marcel Drive, Winchester, VA 22602-4843
Direct: (540) 868-4593
Fax: (540) 868-4391
Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps   Status updates are performed on a weekly basis.

**Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.**

---

**From:** Manes, Jonathan [mailto:jmmanes@buffalo.edu]
**Sent:** Thursday, September 13, 2018 8:22 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Cc:** Colton Kells <coltonke@buffalo.edu>; Alex Betschen <alexbets@buffalo.edu>; Robert Mcdonald <rjmcdona@buffalo.edu>
**Subject:** Re: FOIPA to FBI

Dear Public Information Officer,

Many thanks for pointing out the error in our faxed filing. We resubmitted the FOIA request correctly earlier this afternoon, again via fax.

Best wishes,
Jonathan Manes

--

1

Jonathan Manes

Assistant Clinical Professor

Director, Civil Liberties & Transparency Clinic

University at Buffalo School of Law

The State University of New York

613 O'Brian Hall, North Campus

Buffalo, NY 14260-1100

O: (716) 645-6222

F: (716) 645-6199

M: (203) 214-0195


Sent from a phone; please excuse errors.

---

**From:** FOIPAQUESTIONS <foipaquestions@fbi.gov>
**Sent:** Thursday, September 13, 2018 10:53 AM
**To:** Manes, Jonathan
**Subject:** FOIPA to FBI

Dear Mr. Manes,

This email is being sent in reference to the FOIPA request you submitted to the FBI via fax on September 10, 2018. The request letter is missing pages 2, 4, 6, 8, 10, 12, 14, 16, 18, and 20. It appears that each page must have had a backside that did not come through when faxed. Please attempt to re-fax the complete request, or if easier, you can certainly send it to this email address. Once received in full, the FBI will open your request in our system.


Respectfully,



Public Information Officer

Record/Information Dissemination Section (RIDS) FBI-Information Management Division

170 Marcel Drive, Winchester, VA 22602-4843

Direct: (540) 868-4593

Fax: (540) 868-4391

Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps   Status updates are performed on a weekly basis.

Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.