Exhibit G



**U.S. Department of Justice**
Drug Enforcement Administration
FOI/Records Management Section
8701 Morrissette Drive
Springfield, Virginia 22152

SEP 1 8 2018

Case Number: 18-01069-F

Subject: Records regarding the agency's use, acquisition, borrowing, sale, loan, research, and/or development of hacking techniques or equipment, software, and/or technology that implements or facilitates hacking techniques, etc.

***Via Electronic Mail***
E-mail: alexbets@buffalo.edu

Alex Betschen
507 O'Brian Hall
North Campus
Buffalo, New York 14260-6222

Dear Mr. Betschen:

      This letter responds to your Freedom of Information/Privacy Act request dated September 10, 2018, received by the Drug Enforcement Administration (DEA), Freedom of Information/Privacy Act Unit, seeking access to DEA records. Your request has been opened and assigned the above case number. Please include this case number when corresponding with this office.

      The records you seek require searches in another office or offices, and so your request falls within "unusual circumstances." *See* 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not yet completed a search to determine whether there are records within the scope of your request. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

Case Number: 18-01069-F                                                                                          Page 2

As you are aware, the Freedom of Information Act (FOIA) provides for three categories of requesters. *See* 5 U.S.C. § 552(a)(4)(A)(ii). The FOIA defines a representative of the news media as a person or entity "that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience." *Id.* at § 552(a)(4)(A)(iii); *see also Cause of Action v. FTC*, 799 F.3d 1108 (D.C. Cir. 2015). We have determined that you are making this request as a "representative of the news media," therefore; you will not be charged search fees.

We regret the necessity of this delay, but please be assured that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact Government Information Specialist G. Spray at 202-307-6035, our Customer Service Hotline Representative at 202-307-7596 or mail your correspondence to:

> DEA HEADQUARTERS
> ATTN: FOI/PA UNIT (SARF)
> 8701 MORRISSETTE DRIVE
> SPRINGFIELD, VIRGINIA 22152

In addition, you may wish to visit our website at www.dea.gov to determine if the information you are requesting is already available to the public. You may contact our FOIA Public Liaison at 202-307-7596 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*Katherine Myrick*

Katherine L. Myrick, Chief
Freedom of Information/Privacy Act Unit
FOI/Records Management Section