# Exhibit O

# Manes, Jonathan

| | |
|---|---|
| **From:** | admin@foiaonline.gov |
| **Sent:** | Tuesday, November 27, 2018 1:23 PM |
| **To:** | Manes, Jonathan |
| **Subject:** | FOIA Request CBP-2019-013335 Submitted |

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: CBP-2019-013335
- Requester Name: Jonathan Manes
- Date Submitted: 10/02/2018
- Request Status: Submitted
- Description: Records relating to the agency's use, acquisition, borrowing, sale, loan, research, and/or development of hacking techniques or equipment, software and/or technology that implements or facilitates hacking techniques;
Records that constitute or contain reports, audits, assessments, or statistical information about hacking techniques or law enforcement investigations in which a hacking technique was deployed; Records reflecting internal approvals or authorizations ( or disapprovals/denials) of the use of a hacking technique in a criminal or civil investigation, as well any standard forms, templates, checklists or similar documents that are used as part of any internal process(es) for obtaining approval to use hacking techniques;
Licenses, waivers, or agreements with local, state and/or federal agencies or foreign entities, including foreign law enforcement agencies, that concern the use of hacking techniques;
Communications with local, state and/or federal agencies or foreign entities, including foreign law enforcement agencies, that concern "computer network exploitation" or a "nehvork investigative technique."