UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIVACY INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | Case No. 18-cv-1488 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Privacy International ("PI"), the American Civil Liberties Union ("ACLU"), the American Civil Liberties Union Foundation ("ACLUF"), and the Civil Liberties & Transparency Clinic ("CLTC") certifies as follows: PI, ACLU, and ACLUF have no parent corporations and no publicly-held corporation owns more than 10% of any of their stock. CLTC is part of the University at Buffalo School of Law, the State University of New York; it otherwise has no parent corporation and no publicly-held corporation owns more than 10% of its stock.

Dated: December 21, 2018
          Buffalo, New York

                                        Respectfully submitted,

                                        s/Jonathan Manes
                                        Jonathan Manes
                                        Civil Liberties and Transparency Clinic
                                        University at Buffalo School of Law
                                        507 O'Brian Hall, North Campus
                                        Buffalo, New York 14260-1100
                                        Tel: (716) 645-2167
                                        Fax: (716) 645-6199
                                        jmmanes@buffalo.edu
                                        *Counsel for the Plaintiffs*