UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIVACY INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | Case No. 18- cv-1488-LJV |

## PROOF OF SERVICE

I, Jonathan Manes, hereby declare:

1. I am over 18 years of age and am not a party to the above-captioned action.

2. On January 4, 2019, I served the defendants in this action by sending, via U.S. Postal Service certified mail, a copy of the Summons and Complaint, including all exhibits thereto, as well as the Corporate Disclosure Statement, to each defendant, to the Civil Process Clerk of the United States Attorney's Office for the Western District of New York and to the Attorney General of the United States.

3. I mailed these documents to each party at the addresses indicated below, with the corresponding certified mail tracking numbers.

| **Recipient** | **Address** | **Certified Mail Tracking No.** |
|---|---|---|
| Federal Bureau of Investigation | 935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001 | 7018 0360 0000 5548 4661 |
| Drug Enforcement Administration | 8701 Morrissette Drive<br>Springfield, VA 22152 | 7018 0360 0000 5548 4678 |
| Department of Justice Criminal Division | 950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | 7018 0360 0000 5548 4692 |

| U.S. Immigration and Customs Enforcement | 500 12th St., SW Washington, DC 20024 | 7018 0360 0000 5548 4685 |
|---|---|---|
| U.S. Customs and Border Protection | 1300 Pennsylvania Ave. NW Washington, DC 20229 | 7018 0360 0000 5548 3572 |
| Internal Revenue Service | 1111 Constitution Ave., NW Washington, DC 20224 | 7018 0360 0000 5548 3589 |
| U.S. Secret Service | 245 Murray Lane Washington, DC 20223 | 7018 0360 0000 5548 3596 |
| Department of Justice Office of the Inspector General | 950 Pennsylvania Avenue, N.W., Suite 4706 Washington, D.C. 20530-0001 | 7018 0360 0000 5548 3602 |
| Department of Homeland Security Office of Inspector General | MAIL STOP 0305 Department of Homeland Security 245 Murray Lane SW Washington, DC 20528-0305 | 7018 0360 0000 5548 3619 |
| Department of the Treasury Office of the Inspector General | 1500 Pennsylvania Avenue, N.W. Room 4436 Washington, DC 20220 | 7018 0360 0000 5548 3626 |
| Treasury Inspector General for Tax Administration | City Center Building 1401 H Street, NW, Suite 469 Washington, DC 20005 | 7018 0360 0000 5548 3633 |
| Civil Process Clerk United States Attorney's Office, WDNY | 138 Delaware Avenue Buffalo, NY 14202 | 7018 0360 0000 5548 3640 |
| Attorney General of the United States | 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 | 7018 0360 0000 5548 3657 |

4.     Attached hereto as Exhibit A is a true and correct copy of the certified mail receipts for each defendant, the Attorney General of the United States, and Civil Process Clerk of the United States Attorney's Office for the Western District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2019, at Amherst, NY.

/s/Jonathan Manes
Jonathan Manes