# Exhibit A







Case 1:18-cv-01488-JLS-HKS Document 4-1 Filed 01/17/19 Page 3 of 4







**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

7018 0360 0000 5548 3040

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark
Here

[Postmark: GETZVILLE, NY 14068]

Sent To  CIVIL PROCESS CLERK, USAO, WDNY
Street and Apt. No., or PO Box No. 138 DELAWARE AVE
City, State, ZIP+4®  BUFFALO, NY 14202

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions