UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIVACY INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | Case No. 18- cv-1488-LJV |

## PROOF OF SERVICE

I, Colton Kells, hereby declare:

1. I am over 18 years of age and am not a party to the above-captioned action.

2. On January 18, 2019, I served the defendants in this action by sending, via U.S. Postal Service certified mail, a copy of the Amended Complaint, including all exhibits thereto, to each defendant, to the Civil Process Clerk of the United States Attorney's Office for the Western District of New York and to the Attorney General of the United States.

3. I mailed these documents to each party at the addresses indicated below, with the corresponding certified mail tracking numbers.

| **Recipient** | **Address** | **Certified Mail Tracking No.** |
|---|---|---|
| Federal Bureau of Investigation | 935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001 | 7017 1070 0000 7713 8762 |
| Drug Enforcement Administration | 8701 Morrissette Drive<br>Springfield, VA 22152 | 7017 1070 0000 7714 0604 |
| Department of Justice Criminal Division | 950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | 7017 1070 0000 7714 0611 |
| U.S. Immigration and Customs Enforcement | 500 12th St., SW<br>Washington, DC 20024 | 7017 1070 0000 7714 0628 |

| U.S. Customs and Border Protection | 1300 Pennsylvania Ave. NW Washington, DC 20229 | 7017 1070 0000 7714 0635 |
|---|---|---|
| Internal Revenue Service | 1111 Constitution Ave., NW Washington, DC 20224 | 7017 1070 0000 7714 0642 |
| U.S. Secret Service | 245 Murray Lane Washington, DC 20223 | 7017 1070 0000 7714 0659 |
| Department of Justice Office of the Inspector General | 950 Pennsylvania Avenue, N.W., Suite 4706 Washington, D.C. 20530-0001 | 7017 1070 0000 7714 0666 |
| Department of Homeland Security Office of Inspector General | MAIL STOP 0305 Department of Homeland Security 245 Murray Lane SW Washington, DC 20528-0305 | 7017 1070 0000 7714 0673 |
| Department of the Treasury Office of the Inspector General | 1500 Pennsylvania Avenue, N.W. Room 4436 Washington, DC 20220 | 7017 1070 0000 7714 0680 |
| Treasury Inspector General for Tax Administration | City Center Building 1401 H Street, NW, Suite 469 Washington, DC 20005 | 7017 1070 0000 7714 0697 |
| Civil Process Clerk United States Attorney's Office, WDNY | 138 Delaware Avenue Buffalo, NY 14202 | 7017 1070 0000 7714 0703 |
| Attorney General of the United States | 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 | 7017 1070 0000 7714 0710 |

4. Attached hereto as Exhibit A is a true and correct copy of the certified mail receipts for each defendant, the Attorney General of the United States, and Civil Process Clerk of the United States Attorney's Office for the Western District of New York.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2019, at Buffalo, NY.

                                                   /s/Colton Kells
                                                   Colton Kells