# Exhibit A





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee.
$ 3.45

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____      Postmark
☐ Certified Mail Restricted Delivery $ _____     Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 7.70

Total
$ 11.15

Sent
Street
City,
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152