UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PRIVACY INTERNATIONAL, et al.

        Plaintiffs,

v.                                                                                          18-CV-1488

FEDERAL BUREAU OF INVESTIGATION, et al.

        Defendants.
_____

## NOTICE OF APPEARANCE

**TO**: **Clerk of the United States District Court for the Western District of New York**

You are hereby requested to enter my appearance as counsel for defendants in the above-referenced matter.

DATED: Buffalo, New York, January 29, 2019.

                JAMES P. KENNEDY, JR.
                United States Attorney

                */s/Michael S. Cerrone*
BY:   MICHAEL S. CERRONE
                Assistant U.S. Attorney
                U.S. Attorney's Office
                Western District of New York
                138 Delaware Avenue
                Buffalo, New York 14202
                716-843-5851
                michael.cerrone@usdoj.gov