UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PRIVACY INTERNATIONAL, et al.

        Plaintiffs,

v.                                                                                                  18-CV-1488

FEDERAL BUREAU OF INVESTIGATION, et al.

        Defendants.
_____

## STIPULATION EXTENDING TIME TO ANSWER OR APPEAR

        WHEREAS, plaintiffs commenced this action under the Freedom of Information Act on December 21, 2018;

        WHEREAS, plaintiffs served process on defendants on or about January 4, 2019;

        WHEREAS, plaintiffs filed an amended complaint on January 18, 2019;

        WHEREAS, plaintiffs served a copy of the amended complaint on defendants on or about January 18, 2019;

        WHEREAS, the date by which defendants must answer or move with respect to the amended complaint is currently February 4, 2019;

        WHEREAS, the relevant employees and attorneys for defendants were furloughed during the recent government shutdown which ended on January 25, 2019;

        THEREFORE, the parties, by their respective counsel, have agreed that the time for defendants to answer or move with respect to the amended complaint shall be extended to and including March 4, 2019.

DATED: Buffalo, New York, February 1, 2019.

        JAMES P. KENNEDY, JR.
United States Attorney

        */s/ Michael S. Cerrone*
BY:   MICHAEL S. CERRONE
Assistant U.S. Attorney
U.S. Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5851
michael.cerrone@usdoj.gov

DATED: Buffalo, New York, February 1, 2019.

        CIVIL LIBERTIES AND
TRANSPARENCY LAW CLINIC
UNIVERSITY AT BUFFALO SCHOOL
OF LAW

        */s/ Jonathan Manes*
BY:   JONATHAN MANES
507 O'Brian Hall, North Campus
Buffalo, New York 14260-1100
716-645-6222
jmmanes@buffalo.edu

**SO ORDERED**

_____
**HON. LAWRENCE J. VILARDO**
**UNITED STATES DISTRICT JUDGE**