UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIVACY INTERNATIONAL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*<br><br>Defendants. | Civil Action No. 18-cv-1488 |

## NOTICE OF APPEARANCE

TO:   Clerk of the United States District Court
         for the Western District of New York

You are hereby requested to enter my appearance as counsel for defendants in the above-referenced matter.

DATED:  March 1, 2019

                                                Respectfully submitted,

                                                JAMES P. KENNEDY, JR.
                                                United States Attorney

                                                MICHAEL S. CERRONE
                                                Assistant U.S. Attorney
                                                U.S. Attorney's Office
                                                Western District of New York
                                                138 Delaware Avenue
                                                Buffalo, New York 14202
                                                716-843-5851
                                                Michael.cerrone@usdoj.gov

                                                JOSEPH H. HUNT
                                                Assistant Attorney General

                                                ELIZABETH SHAPIRO
                                                Deputy Branch Director

BY:    s/Marcia K. Sowles
       MARCIA K. SOWLES
       Senior Trial Counsel
       United States Department of Justice
       Civil Division, Federal Programs Branch
       1100 L Street, N.W. Room 11028
       Washington, D.C. 20005
       202 514-4960
       marcia.sowles@usdoj.gov

Attorneys for Defendants