UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PRIVACY INTERNATIONAL, et al.

        Plaintiffs,

v.                                                  18-CV-1488

FEDERAL BUREAU OF INVESTIGATION, et al.

        Defendants.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that defendants, by their attorneys, hereby move this Court for an order (i) adjourning the July 31, 2019 deadline to submit a proposed scheduling order; and (ii) setting a status conference in September to discuss the progress of this matter. This motion is supported by the accompanying Declaration of Michael S. Cerrone.

DATED: Buffalo, New York, July 31, 2019

                                              JAMES P. KENNEDY, JR.
                                              United States Attorney

BY:    */s/MICHAEL S. CERRONE*
           Assistant U.S. Attorney
           U.S. Attorney's Office
           Western District of New York
           138 Delaware Avenue
           Buffalo, New York 14202
           716-843-5851
           Michael.cerrrone@usdoj.gov