UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Privacy International et al.,

                            Plaintiffs,

     v.

Federal Bureau of Investigation et al.,

                            Defendants.

**Scheduling Order**

18-CV-1488V

---

On September 10, 2019, the parties filed status reports that summarize the events in the case up to this point. (Dkt. Nos. 22, 23.) The status reports indicate that a number of federal agencies will at least be able to propose a schedule for document review and production by early autumn. The status reports further suggest that, within reason, the parties are amenable to taking a stepwise approach to the process of document production, document review, and further proceedings.

The Court agrees with the general timeframe that is apparent in the status reports and wishes to strike a balance between moving the case forward and accommodating logistical limitations. Accordingly, the Court sets the following deadlines to govern the discovery that the parties addressed in their status reports:

| On or Before | Action Required |
| --- | --- |
| October 15, 2019 | Proposed production schedules by Internal Revenue Service; Drug Enforcement Administration; Department of Justice Criminal Division. |
| October 15, 2019 | Production of non-exempt records or portions of records by U.S. Immigration and Customs Enforcement; U.S. Secret Service. |
| November 22, 2019 | Proposed production schedules by Federal Bureau of Investigation; Department of Justice Office of Inspector General. |

The parties will file updated status reports on or before December 6, 2019.  Upon review of the updated status reports, the Court will schedule further proceedings as needed.

SO ORDERED.

                                                              __/s Hugh B. Scott_____
                                                                   Hon. Hugh B. Scott
                                                                   United States Magistrate Judge

DATED: September 12, 2019