# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIVACY INTERNATIONAL, et al, *Plaintiffs*, v. FEDERAL BUREAU OF INVESTIGATION, et al, *Defendants*. | Case No. 1:18-cv-1488-JLS-HBS |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Please be advised that Plaintiffs' attorney, Jonathan Manes, has moved to a new law firm and is now practicing under the auspices of the Roderick and Solange MacArthur Justice Center in Chicago, Illinois. Undersigned counsel continues to represent Plaintiffs in his new position.

Dated: February 25, 2020

Respectfully Submitted,

/s/Jonathan Manes
Jonathan Manes
Roderick & Solange MacArthur Justice Center
160 E. Grand Ave., Sixth Floor
Chicago, IL 60611
(312) 503-0012 (tel)
(312) 503-0891 (fax)
jonathan.manes@law.northwestern.edu