UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
————————————————————————————

PRIVACY INTERNATIONAL, AMERICAN CIVIL
LIBERTIES UNION, AMERICAN CIVIL
LIBERTIES UNION FOUNDATION; and
CIVIL LIBERTIES AND TRANSPARENCY CLINIC,

                    Plaintiffs,

v.                                                    18-CV-1488

FEDERAL BUREAU OF INVESTIGATION, et al.

                    Defendants.

————————————————————————————

## JOINT STATUS REPORT

Pursuant to the Text Order of United States Magistrate Judge Hugh B. Scott dated

January 31, 2020, plaintiffs Privacy International, American Civil Liberties Union, American

Civil Liberties Union Foundation and Civil Liberties & Transparency Clinic, and defendants

Federal Bureau of Investigation ("FBI"), Drug Enforcement Administration ("DEA"),

Department of Justice Criminal Division, U.S. Immigration and Customs Enforcement ("ICE"),

U.S. Customs and Border Protection ("CBP"), Internal Revenue Service ("IRS"), U.S. Secret

Service ("USSS"),  Department of Justice Office of Inspector General ("DOJ-OIG"), Department

of Homeland Security Office of the Inspector General ("DHS-OIG"), Department of Treasury

Office of the Inspector General ("Treasury-OIG") and Treasury Inspector General for Tax

Administration ("TIGTA") hereby file this joint status report.

In this action, plaintiffs seek to compel the production of records under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  This status report describes the current status of defendants' searches and their review and production of records.[1]

1.      TIGTA, DHS-OIG, Treasury-OIG and CBP:  As explained in defendants' Status Report dated September 10, 2019, four defendants – TIGTA, DHS-OIG, Treasury-OIG and CBP– have completed their searches and found no responsive records.  *See* ECF No. 22 ¶¶ 15.g. & 16.  Plaintiffs requested these agencies provide information of the nature of their searches. Pursuant to that request, TIGTA, DHS-OIG, and Treasury-OIG provided plaintiffs with descriptions of their searches on September 3, 2019, and CBP provided plaintiffs a description of its search on December 13, 2019.  Based on those descriptions, plaintiffs have determined that they will not challenge the adequacy of the searches. *See* Joint Status Report dated Jan. 31, 2020, ECF No. 32 ¶ 1.

2.      IRS, ICE, USSS, and DEA:  As explained in prior Joint Status Report, four defendants – IRS, ICE, USSS, and DEA -- have completed their searches and productions in accordance with the interpretation and parameters set forth in defendants' July 12, 2019 letter to plaintiffs.  *See* ECF No. 32 ¶¶ 2-5. Plaintiffs are reviewing the records and the indices and/or explanation for the redactions. Id.   If plaintiffs determine that they would like to challenge withholdings, redactions, or other aspects of these defendants' responses, they will confer with defendants regarding a schedule for summary judgment briefing and submit any proposal to the Court in a subsequent status report.  *Id*.

---

[1] Defendants' prior Status Report describes the background regarding plaintiffs' FOIA requests and the efforts by the parties to clarify and narrow the scope of plaintiffs' requests.  *See* ECF No. 22.

3.   <u>Criminal Division</u>:  The Criminal Division has completed its search for potentially responsive records and currently is in the process of reviewing and processing those records.  As explained in the prior Joint Status Report, the Criminal Division proposes to process 500 pages of potentially responsive pages per month and produce to plaintiffs any responsive, non-exempt records on a rolling basis.  ECF No. 28 ¶ 6.  Since the filing of the last Joint Status Report, the Criminal Division has made three additional monthly productions – one on August 13, 2020, one on September 16, 2020 and another on October 19, 2020.

4.   <u>DOJ-OIG</u>:  DOJ-OIG completed its search for all responsive, non-exempt material.  As explained in the last Joint Status Report, on March 6, 2020, DOJ-OIG sent plaintiffs' counsel a letter producing 47 pages with portions of the records withheld pursuant to Exemptions 6, 7C, and/or 7E.  ECF No. 37 ¶ 4.[2]  In the letter, DOJ-OIG also explained that it located (1) twenty-one documents consisting of approximately 150 pages that originated with the FBI and (2) one document consisting of approximately 22 pages that originated with the Office of the Attorney General.  *Id.*  Pursuant to 28 C.F.R. § 16.4, DOJ-OIG referred these documents to the FBI and to the DOJ Office of Information Policy (for the Office of the Attorney General) for processing and direct response. *Id.*

5.   <u>FBI</u>:  Since the last status report, the FBI has made two additional monthly productions responses – one on August 31, 2020, and another on September 30, 2020.  The FBI expects to make another production on or before October 31, 2020.  That production will complete FBI processing for the records identified in FBI's search except for the records referred to other agencies for consultation.  With regard to the records referred by DOJ-OIG to the FBI for a direct response, the FBI expects to complete its processing of those records by November 30, 2020.

---

[2] DOJ-OIG also noted that it had sent portions of four of the 47 pages that contained information of substantial interest to the FBI for consultation. DOJ-OIG will inform plaintiffs of the results following this consultation.

6.   As indicated in their Joint Status Report on January 31, 2020 (ECF No. 32 ¶ 9), the parties proposed that they file quarterly status reports hereafter.  The next quarterly report to be filed on January 29, 2021. As part of the next proposed status report, one or both parties may propose further orders regarding the management and scheduling of this case.

Dated: October 30, 2020                                    Respectfully submitted,


/s/Jonathan Manes_____          JAMES P. KENNEDY, JR.
Jonathan Manes                                   United States Attorney
Roderick & Solange MacArthur Justice
Center                                                    MICHAEL S. CERRONE
160 E. Grand Ave., 6th Fl.                     Assistant U.S. Attorney
Chicago, IL 60615                                 U.S. Attorney's Office
312-503-0012                                        Western District of New York
jonathan.manes@law.northwestern.edu    138 Delaware Avenue
                                                            Buffalo, New York 14202
Brett Max Kaufman                             716-843-5851
American Civil Liberties Union             Michael.cerrone@usdoj.gov
Foundation
125 Broad Street, 18th Floor
New York, NY 10004                          JOSEPH H. HUNT
Tel: 212-549-2500                                Assistant Attorney General
bkaufman@aclu.org
                                                            ELIZABETH J. SHAPIRO
Jennifer Stisa Granick*                        Deputy Branch Director
American Civil Liberties Union
Foundation
39 Drumm Street                                 s/Marcia K. Sowles
San Francisco, CA 94111                      MARCIA K. SOWLES
Tel: 415-343-0758                                Senior Trial Counsel
jgranick@aclu.org                                United States Department of Justice
                                                            Civil Division, Federal Programs Branch
                                                            1100 L Street, N.W. Room 11028
Caroline Wilson Palow*                        Washington, D.C.  20005
Privacy International                             202 514-4960
62 Britton Street                                   Marcia.sowles@usdoj.gov
London EC1M 5UY
United Kingdom                                   Attorneys for Defendants
Tel: +44 (0)203-422-4321


Attorneys for Plaintiffs


*Not yet admitted in this District.