UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PRIVACY INTERNATIONAL, AMERICAN CIVIL
LIBERTIES UNION, AMERICAN CIVIL
LIBERTIES UNION FOUNDATION; and
CIVIL LIBERTIES AND TRANSPARENCY CLINIC,

          Plaintiffs,

v.                                    18-CV-1488

FEDERAL BUREAU OF INVESTIGATION, et al.

          Defendants.

---

## JOINT STATUS REPORT

Pursuant to the Text Order dated July 24, 2025, the parties submit this joint status report. In this action, Plaintiffs seek to compel the production of records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, from eleven federal agencies. As described in the parties' most recent status reports, all of the Defendant agencies have completed their searches for responsive records, and the seven agencies that withheld responsive records or portions thereof under claim of exemption have provided Plaintiffs with draft explanations of those withholdings. *See* ECF No. 62. Plaintiffs have reviewed those draft explanations and the documents produced in response to their FOIA request, and have identified a narrow set of issues potentially in dispute. The parties are discussing the possibility of resolving their dispute consensually, without the need for further assistance from the Court. If the parties do not agree to such a resolution, Plaintiffs may seek to challenge, at summary judgment, the adequacy of the Defendant agencies' searches and/or the propriety of their withholdings under claim of exemption. Given the potential of an amicable resolution to this matter, the parties do not believe that it is appropriate to set a schedule for summary judgment briefing at this time.

With the Court's leave, the parties will file another joint status report no later than November 6, 2025.

Dated: August 6, 2025

/s/ Jonathan Manes
Jonathan Manes
Roderick & Solange MacArthur Justice Center
160 E. Grand Ave., 6th Fl.
Chicago, IL 60615
312-503-0012
jonathan.manes@macarthurjustice.org

Attorney for Plaintiffs

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ James Bickford
JAMES BICKFORD
NY Bar No. 5163498
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530
(202) 305-7632
James.Bickford@usdoj.gov

Attorneys for Defendants